UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HELEN SWARTZ, Individually,

                Plaintiff,

v.

                                  Case No.:  2:22-cv-00532-GEKP

COURTYARD MANAGEMENT
CORPORATION, a Delaware
Corporation, and MARRIOTT HOTEL
SERVICES, INC., a Delaware Corporation,

                Defendants.

_____

**NOTICE OF VOLUNTARY DISMISSAL**
***(onlyas to Defendant Marriott Hotel Services, Inc., a Delaware Corporation)***

       COMES NOW the Plaintiff, by and through undersigned counsel, and herein files this

Notice of Voluntary Dismissal as to Defendant MARRIOTT HOTEL SERVICES, INC., a Delaware

Corporation, pursuant to Federal Rule of Civil Procedure 41 (a) 1 (A)(i).

       Nothing herein shall affect the lawsuit against Defendant COURTYARD MANAGEMENT

CORPORATION, a Delaware Corporation.

Dated:  February 21, 2022

                        Respectfully submitted,

                        */s/  David S. Dessen*
                        David S. Dessen, Esq. (I.D. 17627)
                        Dessen, Moses & Rossitto
                        600 Easton Road
                        Willow Grove, PA  19090
                        Telephone:  215.496.2902
                        Facsimile:  215.658.0747
                        ddessen@dms-lawyer.com

                        *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 21st day of February, 2022, the foregoing document was filed with the Clerk of Court via the Court's CM/ECF system.

*/s/  David S. Dessen*

David S. Dessen, Esq. (I.D. 17627)
Dessen, Moses & Rossitto
600 Easton Road
Willow Grove, PA  19090
Telephone:  215.496.2902
Facsimile:  215.658.0747
ddessen@dms-lawyer.com

Counsel for Plaintiff
