# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HELEN SWARTZ** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MARRIOTT HOTEL SERVICES INC.** | : | **NO.   22-532** |
| **Defendant** | : | |

## NOTICE OF DISMISSAL OF DEFENDANT

**AND NOW**, this 22nd day of February 2022, it having been reported that the issues between Plaintiff and Defendant, Marriott Hotel Services, Inc. have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that this action is **DISMISSED** with prejudice, as to Marriott Hotel Services, Inc. only, with each party to bear its own costs and attorneys' fees.

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Civil Courtroom Deputy to the
Honorable Gene E.K. Pratter
United States District Court Judge