UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HELEN SWARTZ, Individually,

        Plaintiff,

v.

COURTYARD MANAGEMENT
CORPORATION,
a Delaware Corporation,

        Defendant.

Case No.: 2:22-cv-00532-GEKP

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff, Helen Swartz, Individually, by and through undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to receipt of settlement funds, and hereby requests: that pursuant to a Court Order, the case be dismissed subject to the right of any party to move the Court within forty-five (45) days for the purpose of entering a Joint Stipulation for Dismissal with Prejudice, or, on good cause shown, to re-open the case for further proceedings.

Dated: April 22, 2022        Respectfully submitted,

*/s/ Brandon A. Rotbart*
Brandon A. Rotbart, Esq., Of Counsel,
*pro hac vice*
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181
Telephone (305) 891-5199
Facsimile (305) 893-9505
rotbart@rotbartlaw.com

David S. Dessen, Esq. (I.D. 17627)
Dessen, Moses & Rossito
600 Easton Road
Willow Grove, PA 19090
Telephone: 215.496.2902
Facsimile: 215.564.2879
ddessen@dms-lawyer.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd[h] day of April, 2022, the foregoing document was sent via U.S. Mail and electronic mail to counsel for Defendant:

>Joseph A. Hirsch, Esq.
>Hirsch & Hirsch
>Two Bala Plaza
>3rd Floor, Suite 300
>Bala Cynwyd, Pennsylvania 19004
>jahirsch1@gmail.com

>/s/ Brandon A. Rotbart
>Brandon A. Rotbart, Esq., Of Counsel,
>*pro hac vice*
>FULLER, FULLER & ASSOCIATES, P.A.
>12000 Biscayne Boulevard, Suite 502
>North Miami, Florida 33181
>Telephone (305) 891-5199
>Facsimile (305) 893-9505
>rotbart@rotbartlaw.com